February 13, 1980.

425 A.2d 837

Commonwealth v. Beasley, Appellant.

Submitted November 16, 1979. John R. Cook, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.